# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

PRINCESS M. BARKSDALE HENDERSON,
    Plaintiff,

v.                                 CASE NUMBER: 23-cv-1393

CITY OF MILWAUKEE, et al.,
    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment (ECF No. 29) is **GRANTED**.

10/21/2025
Date

Linda M. Klemm
Clerk

/s Alexis H.
(By) Deputy Clerk